**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

May 13, 2022

**BY ECF**

**MEMO ENDORSED**

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    **United States v. Ricardo Quiroga Guzman**
       **19 Cr. 715 (SHS)**

Dear Judge Stein,

I write to respectfully request that the Court adjourn the status conference that is scheduled for Thursday, May 19, 2022, for approximately three weeks. The government by Assistant United States Attorney Alexander Li consents to this request.

The parties are in the final stages of negotiating a pre-trial resolution of this case and the requested adjournment will enable us to complete those discussions.

Given the nature of this request, the defense consents to the exclusion of time under the Speedy Trial Act until the newly selected date.

Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Assistant Federal Defender
212-417-8729

The conference is adjourned to June 6, 2022, at 2:30 p.m. The time is excluded from calculation under the Speedy Trial Act from today until June 6, 2022. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. 3161(h)(7)(A).

Dated: New York, New York
       May 13, 2022

**SO ORDERED:**

Sidney H. Stein, U.S.D.J.