# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

May 20, 2022

**BY ECF**
Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   **United States v. Ricardo Quiroga Guzman**
      **19 Cr. 715 (SHS)**

Dear Judge Stein,

Mr. Quiroga wishes to have new counsel appointed in the above-captioned case. I write to request that the Court schedule a conference to address this request for a substitution of counsel. I have consulted with counsel for the Government and the parties are available on May 24 at 12 noon and May 25 at 10:30 am.

Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Assistant Federal Defender
212-417-8729

**There will be a conference on May 25, 2022, at 10:30 a.m.**

**Dated: New York, New York
       May 20, 2022**

SO ORDERED:

Sidney H. Stein, U.S.D.J.