UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-715 (SHS) |
| -v- | : | <u>ORDER</u> |
| RICARDO QUIROGA GUZMAN, | : | |
| Defendant. | : | |

--------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

Defendant having requested a new attorney,

IT IS HEREBY ORDERED that:

1. Sylvie J. Levine of the Federal Defenders is relieved, and

2. The CJA attorney on duty today, John Burke, is appointed pursuant to the Criminal Justice Act, to assume representation of defendant.

Dated: New York, New York
May 25, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.