UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-715 (SHS) |
| -v- | : | ORDER |
| RICARDO QUIROGA GUZMAN, | : | |
| Defendant. | : | |

-----------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

       IT IS HEREBY ORDERED that the sentencing date is adjourned to January 3, 2023, at 11:00 a.m.

Dated: New York, New York
       December 2, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.